In re:                                                                                                                         Case No. 24-02570-SHG

VANESSA N NAVA                                                                                                         Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4                                           User: admin                                                   Page 1 of 3
Date Rcvd: Sep 06, 2024                               Form ID: pdf001                                    Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | VANESSA N NAVA, 18131 N ALICANTE ST, MARICOPA, AZ 85138-3507 |
| 17236760 | + | Cullimore & Coleman, 1708 E Thomas Rd, Phoenix AZ 85016-7604 |
| 17236773 | + | Urbana on 12th Apartments, 4225 N 12th St, Phoenix AZ 85014-4652 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17240770 | + | Email/Text: bankruptcynotices@azdor.gov | Sep 06 2024 23:52:00 | ARIZONA DEPARTMENT OF REVENUE, 2005 N CENTRAL AVE, SUITE 100, PHOENIX, AZ 85004-1546 |
| 17385166 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 07 2024 00:20:50 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 17236753 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 06 2024 23:52:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa FL 33634-2413 |
| 17236759 | | Email/Text: bankruptcy@creditkarma.com | Sep 06 2024 23:52:00 | Credit Karma/Credit Builder, Attn: Bankruptcy, 1100 Broadway .Ste 1800, Oakland CA 94607 |
| 17236755 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 06 2024 23:53:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 17236756 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 06 2024 23:53:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 17236757 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2024 00:20:21 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls SD 57117-6500 |
| 17236758 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 06 2024 23:53:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood MA 02062-2679 |
| 17236765 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2024 00:20:22 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls SD 57104 |
| 17236761 | + | Email/Text: mrdiscen@discover.com | Sep 06 2024 23:52:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 17236762 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 06 2024 23:52:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia PA 19176-0379 |
| 17236754 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 07 2024 00:01:20 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington DE 19850 |
| 17264338 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 06 2024 23:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 17236763 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 06 2024 23:52:00 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee WI 53201-3043 |
| 17236764 | + | Email/Text: Documentfiling@lciinc.com | Sep 06 2024 23:52:00 | Lending Club, Attn: Bankruptcy, 595 Market St, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | San Francisco CA 94105-2802 |
| 17282009 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 06 2024 23:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 17236766 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 07 2024 00:20:25 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre PA 18773-9635 |
| 17302863 | | Email/Text: bnc-quantum@quantum3group.com | Sep 06 2024 23:53:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 17236767 | | Email/Text: cathy@scratchpay.com | Sep 06 2024 23:52:00 | Scratch Financial, Attn: Compliance, 815 Colorado Blvd, Ste 450, Los Angeles CA 90041 |
| 17298595 | + | Email/Text: bncmail@w-legal.com | Sep 06 2024 23:52:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 17236768 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 07 2024 00:01:40 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17236769 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 07 2024 00:01:55 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17236770 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 07 2024 00:01:39 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17236771 | | Email/Text: bknotice@upgrade.com | Sep 06 2024 23:52:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco CA 94111 |
| 17236772 | + | Email/Text: LCI@upstart.com | Sep 06 2024 23:52:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos CA 94070-7503 |
| 17278102 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Sep 06 2024 23:52:00 | VW Credit, Inc. dba Volkswagen Credit, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 17236774 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Sep 06 2024 23:52:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, 2200 Woodland Pointe Ave, Herndon VA 20171-5874 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DIANNE C. KERNS | mail@dcktrustee.com ecf@dcktrustee.com,dckerns@dcktrustee.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor VANESSA N NAVA documents@phxfreshstart.com tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

VANESSA N NAVA,

          Debtor.

CHAPTER 13 PROCEEDINGS

Case No. 4:24-bk-02570-SHG

**STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN**

    The Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

    **IT IS ORDERED** confirming the Plan of the Debtors as follows:

(A)     **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

    1) <u>Future Earnings or Income</u>. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|---|---|
| 1-3 | $580.00 |
| 4-60 | $638.00 |

The payments are due on or before the 4th day of each month commencing May 4, 2024. Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term.

Any funding shortfall must be cured before the plan is deemed completed. The Debtors shall provide, directly to the Trustee copies of their **federal** and **state** income tax returns for

post-petition years within 30 days of filing them. The purpose is to assist the Trustee in determining any change in debtor's annual disposable income.

2) Other Property. *If the Debtors receive a tax refund in excess of $1,000, the debtors shall pay such refund directly to the Trustee as supplements to the plan. In the event that other property is submitted, it shall be treated as supplemental payments.* In no event will the term of the Plan be reduced to less than 36 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(B) **DURATION.** This Plan shall continue for 60 months from the first regular monthly payment described in Paragraph (A) (1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified and paid as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay creditors in the following order:

1) Administrative expenses:

   Attorney Fees. Thomas McAvity, shall be allowed total compensation of $4,500.00. Counsel received $42.00 prior to filing this case and will be paid $4,458.00 by the Chapter 13 Trustee.

   Flat Fee. Counsel for the Debtor has agreed to a total sum of $4,500.00 to represent the Debtor.

2) Claims Secured by Real Property:

   a. None.

3) Claims Secured by Personal Property:

   a. VW Credit, Inc. dba Volkswagen Credit, secured by a lien in a 2020 VW Tiguan, shall be paid $19,207.12 with 8.750% interest. The creditor will receive adequate protection payments of $250.00 per month. The balance of the claim shall be classified as an unsecured non-priority claim.

4) Unsecured Priority Claims:

   a. The Arizona Department of Revenue has an unsecured priority claim for income taxes for 2022. This creditor will be paid $476.70, the total priority claim through the plan with no interest.

5) Surrendered Property. Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has an

Page 2 of 3

Case No. 4:24-bk-02570-SHG

Doc ID: 459886fbdf99341289ad5b95f0f8e6555dfc1d5b

Case 4:24-bk-02570-SHG    Doc 22    Filed 09/06/24    Entered 09/08/24 21:31:53    Desc
Imaged Certificate of Notice    Page 5 of 6

allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor. Debtors surrender the following property:

   a. None.

6) Other Provisions:

7) Unsecured Non-priority Claims. All other claims shall be classified as unsecured and non-priority. Such claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid at the end of the Plan may be discharged as provided in 11 U.S.C. § 1328.

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtors upon confirmation.

**ORDER SIGNED ABOVE**

Approved as to Form and Content by:

*[signature]*
Digitally signed by Dianne C. Kerns
Date: 2024.09.06 07:11:16 -07'00'

Dianne Crandell Kerns, Trustee

*[signature]*

Thomas Adams McAvity
Attorney for Debtor(s)

The Debtors certify: All required State and Federal income tax returns have been filed. No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

*Vanessa N Nava*

VANESSA N NAVA, Debtor

Page 3 of 3

Case No. 4:24-bk-02570-SHG

Doc ID: 459886fbdf99341289ad5b95f0f8e6555dfc1d5b